IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES D. BLODGETT | § | |
| | § | |
| v. | § | CIVIL NO. 4:21-CV-510 |
| | § | |
| GRAYSON COUNTY, ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge (the "Report") in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 1, 2024, the Report of the Magistrate Judge, (Dkt. #51), was entered containing proposed findings of fact and recommendations that Defendants' motions to dismiss, (Dkt. #30, #33), be granted. Accordingly, the Magistrate Judge recommended the following: Plaintiff's claims against Defendants be dismissed with prejudice; Plaintiff not be given leave to amend; and this dismissal count as a strike pursuant to 28 U.S.C. § 1915(g).

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants' motions to dismiss, (Dkt. #30, #33), are **GRANTED**.

1

It is further **ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** that this dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).

**So ORDERED and SIGNED this 15th day of March, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE